IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RED BRICK PARTNERS-BROKERAGE,
LLC (formerly known as "THE STAUBACH
COMPANY-NORTH FLORIDA, LLC"),

       Plaintiff,

CASE NO.: 4:08cv82-SPM/WCS

vs.

THE STAUBACH COMPANY,

       Defendant.

_____/

**ORDER EXTENDING TIME TO RESPOND**

Upon consideration, Plaintiff's consented motion (doc. 25) for extension of time to respond to Defendant's motion to dismiss is **granted**. Plaintiff shall have up to and including **August 19, 2008**, to file its response.

SO ORDERED this fifteenth day of August, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge