IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RED BRICK PARTNERS-BROKERAGE,
LLC (formerly known as "THE STAUBACH
COMPANY-NORTH FLORIDA, LLC"),

        Plaintiff,

vs.

CASE NO.: 4:08cv82-SPM/WCS

THE STAUBACH COMPANY,

        Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE REPLY

Upon consideration, Defendant's Motion for Leave to File a Reply Memorandum (doc. 28) is ***granted***. Defendant shall have up to and including **Thursday, October 16, 2008** to file the reply. Defendant's response shall be limited to ten (10) pages.

Plaintiff shall have an opportunity to respond to Defendant's forthcoming reply memo. Plaintiff's response memo shall be filed on or before **Tuesday, October 28, 2008** and shall also be limited to ten (10) pages.

SO ORDERED this <u>eighth</u> day of October, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge