**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RED BRICK PARTNERS-BROKERAGE,
LLC (formerly known as "THE STAUBACH
COMPANY-NORTH FLORIDA, LLC"),

        Plaintiff,

CASE NO.: 4:08cv82-SPM/WCS

vs.

THE STAUBACH COMPANY,

        Defendant.

_____/

**ORDER OF DISMISSAL**

Pursuant to Plaintiff's "Notice of Settlement" (doc. 46) and "Notice of Dismissal with Prejudice" (doc. 47) and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED AND ADJUDGED as follows:

1. This action is *dismissed with prejudice*.

2. Each party shall bear its own attorney's fees.

3. All pending motions are denied as moot.

DONE AND ORDERED on this ninth day of February, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge